UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ALEXANDER RILEY,

                                        Plaintiff,

            -against-                               10 CV 2513 (ENV) (RML)

THE CITY OF NEW YORK, DETECTIVE JOSEPH
DESANTIS, shield # 19480, DETECTIVE WILMAR
MEJIA, shield # 3154, UNDERCOVER OFFICER #
27598, SERGEANT ROBERT FERNANDEZ, shield #
3147,

                                        Defendants.

------------------------------------------------------------------------ x

**DECLARATION OF RICHARD J. CARDINALE IN SUPPORT OF MOTION TO BE RELIEVED AS COUNSEL OF RECORD FOR PLAINTIFF**

      I, RICHARD J. CARDINALE, declare under penalty of perjury, pursuant to 28 U.S.C. §1746, that the following is true and correct:

      1.      This is a civil rights action alleging police misconduct by the City of New York and several of its police officers. I submit this declaration in support of my motion for an order, pursuant to Local Civil Rule 1.4, relieving me as counsel of record for plaintiff.

      2.      On January 28, 2011, I received a letter from plaintiff, who is presently incarcerated at Great Meadow Correctional Facility, informing me that my services were no longer needed.

      3.      In light of the fact that plaintiff has terminated me, I request that Your Honor relieve me as counsel of record for plaintiff.

4. Because plaintiff fired me without cause, and because I did a substantial amount of work in this case, I will make a motion after plaintiff retains new counsel requesting a charging lien pursuant to New York Judiciary Law § 475. *See Universal Acupuncture Pain Services v. Quadrino & Schwartz, P.C.*, 370 F.3d 259, 263 (2d Cir. 2004) (If a lawyer is "discharged without cause he or she may recover either (1) in *quantum meruit,* the fair and reasonable value of the services rendered, or (2) a contingent portion of the former client's ultimate recovery, but only if both of the parties have so agreed.").

5. I am sending a copy of this motion to plaintiff by regular mail.

Dated: January 28, 2011
Brooklyn, New York

s/

_____
RICHARD J. CARDINALE
Attorney at Law
26 Court Street, Suite 1815
Brooklyn, New York 11242
(718) 624-9391