**OFODILE & ASSOCIATES, P.C.**
Attorneys-At-Law
498 Atlantic Avenue
Brooklyn, New York 11217
Phone-718-852-8300 Fax. 718-852-7361

March 13, 2012

Liza Sohn, Esq.
Assistant Corporation Counsel
New York City Law Dept
100 Church Street
New York, New York 10007

Re: Riley v. The City of New York, et al
[1:10-cv-02513-ENV-RML](1:10-cv-02513-ENV-RML)

Dear Ms. Sohn,

This is to memorialize the requests made during today's deposition of Officer Fernandez. Please provide the following documents to Plaintiff:

(1) CCRB Tapes of interviews conducted of Plaintiff (two separate interviews of the Plaintiff), all four defendants of record, the eyewitness at the scene, and other police officers who were part of Sgt Fernandez' module/team during the February 27, 2008 arrest of Plaintiff;

(2) Pictures taken by CCRB of Plaintiff and his injuries, including pictures of the actual stitches on his head;

(3) A color picture of the alleged bottle that Mr Riley threw when being grabbed by the officers;

(4) Color pictures of the 39 vials and 3 bottles allegedly recovered from Plaintiff's car;

(5) Plaintiff hereby demands physical inspections of items 3 and 4 above and demands that his Counsel be informed of a date to physically inspect them.

(6) The phone number of the undercover officer from which a phone call was allegedly made to Mr Riley's phone for him to bring the drugs during the Buy and Bust.

(7) All records of all transmissions made by any and all participants during the buy and bust on February 27, 2012 leading to the arrest of Mr. Riley.

(8). The test results of the contents of the 39 vials and 31 bottles allegedly found in Mr. Riley's car.

(9) Any and all records received as a result of any authorization provided Plaintiff;

(10) Any and all records subpoenaed from third parties in connection with this case.

    Because the continued deposition of Defendant Officers in this case will resume on the 27th of this month, Counsel hereby respectfully requests that documents requested in items 1 through 8 be provided to him as soon as possible for review in preparation for the said depositions.

    Very truly Yours,

    Anthony C. Ofodile, Esq.,
    Counsel for Alexander Riley